**Schonda Scott HILLENSBECK, Plaintiff,**

and

**Samantha Scott, Plaintiff–Appellee,**

v.

**UNITED STATES, Defendant–Appellant.**

No. 2006–5074.

United States Court of Appeals, Federal Circuit.

Aug. 7, 2006.

**ORDER**

*Official Caption*[1]

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

---

**1.** Required for use on petitions, formal briefs and appendices, court opinions, and dispositive court orders. FRAP 12(a); 32(a).